# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al., | Case No. 1:21-cv-01134-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT, TOLL STATUTE OF LIMITATIONS FOR DEFENDANT POMAVILLE, AND CONTINUE SCHEDULING CONFERENCE |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | (ECF Nos. 5-1, 12) |

On October 1, 2021, the parties filed a stipulation to extend the time for Defendants to file a responsive pleading to the complaint and to continue the scheduling conference in this matter. (ECF No. 12.)  The parties further stipulate that the statute of limitations shall be tolled with respect to claims against Defendant David Pomaville ("Pomaville") until the close of fact discovery in exchange for a dismissal of Defendant Pomaville from this action without prejudice, and that Plaintiffs will file a voluntary dismissal of Defendant Pomaville within seven days of this order.  The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for all Defendants to file a responsive pleading to the complaint is extended to November 1, 2021;
2. In the event Plaintiffs file a first amended complaint before November 1, 2021,

1

    Defendants' responsive pleadings shall be due within **twenty (20) days** of service of the amended pleading;

3. The statute of limitations shall be deemed tolled with respect to claims against Defendant David Pomaville until the close of fact discovery in exchange for a dismissal of Defendant Pomaville from this action without prejudice;

4. Plaintiffs shall file the voluntary dismissal of Defendant Pomaville within **seven (7) days** of the date of entry of this order;

5. The Scheduling Conference set for October 26, 2021, is continued to **December 7, 2021, at 9:00 a.m.**; and

6. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 4, 2021**

UNITED STATES MAGISTRATE JUDGE

2