# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUNTY OF FRESNO, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-01134-DAD-SAB<br><br>ORDER RE SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 5-1, 13, 18) |

On October 1, 2021, the parties filed a stipulated request to extend the time for Defendants to file a responsive pleading to the complaint and to continue the scheduling conference in this matter, which the Court granted. (ECF Nos. 12, 13.) On November 1, 2021, the parties filed their second stipulated request to extend the time for Defendants to file a responsive pleading. (ECF No. 18.) The parties proffer that Plaintiffs anticipate filing an amended complaint no later than December 1, 2021 and the parties seek to set a uniform deadline for all Defendants' responsive pleadings to be due on December 22, 2021.

The Court finds good cause exists to grant the requested stipulated relief and shall also continue the scheduling conference, currently set for December 7, 2021.

Accordingly, IT IS HEREBY ORDERED that:

1.      The deadline for all Defendants to file a responsive pleading to the complaint is

1  extended to December 22, 2021;

2. The Scheduling Conference set for December 7, 2021, is continued to **January 27, 2022, at 9:30 a.m.**; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **November 2, 2021**

UNITED STATES MAGISTRATE JUDGE

2