# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al., | Case No. 1:21-cv-01134-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AS TO DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND H.I.G. CAPITAL LLC |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | (ECF Nos. 24, 29) |

Plaintiffs initiated this action on July 26, 2021 against Defendants California Forensic Medical Group ("C.M.F.G."), H.I.G. Capital LLC ("H.I.G."), County of Fresno, Margaret Mims ("Mims"), and David Pomaville ("Pomaville"). Pomaville was subsequently dismissed from the action. (ECF No. 15.) After two extensions of time to respond to the complaint and continuances of the scheduling conference, the scheduling conference was set for January 27, 2022. (See ECF Nos. 12, 13, 18, 19.) On December 1, 2021, Plaintiffs filed a first amended complaint, naming new Defendants Jami Carter, Chris Garcia, Frank Ponce, Moises Franco, Meng Cha, Linda Thao, Ka Her, Anthony Sanchez, Rachel LeBoeuf, David Ventura, Dillon Owens, Jose Alanis, Jonathan Sanchez, Genevieve Garcia, and Maria Guerrero. (ECF No. 20.) Summons issued as to the new Defendants on December 6, 2021 (ECF No. 22); no executed summonses have been filed and none of the new Defendants have yet appeared in this action. On December 22, 2021, the Court issued

an order extending the deadline for Defendants C.M.F.G. and H.I.G. to file a response to the first amended complaint to January 31, 2022. (ECF No. 24.) That same day, Defendants County of Fresno and Mims filed an answer and motion to strike the first amended complaint. (ECF Nos. 25, 26.) A scheduling conference is currently set in this matter for March 28, 2022. (ECF No. 24.)

On January 18, 2022, Plaintiffs and Defendants C.M.F.G. and H.I.G. filed a second stipulated request to extend the time for C.M.F.G. and H.I.G. to file a response to the first amended complaint, from January 31, 2022[1] to February 14, 2022. (ECF No. 29.) These parties proffer that they are still in the process of meeting and conferring regarding responses to the first amended complaint and seek an extension so as to avoid potentially unnecessary law and motion, and that this meet and confer process was delayed for two weeks due to an unanticipated family medical emergency. (Id.) Accordingly, the parties seek a two-week extension of the current response deadline. (Id.)

The Court finds good cause to grant the extension and to extend Defendants C.M.F.G. and H.I.G.'s deadline to file a response to the first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendants California Forensic Medical Group and H.I.G. Capital, LLC to file a responsive pleading to the first amended complaint is extended to **February 14, 2022**; and

2. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:   **January 18, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The first paragraph of the parties' stipulation indicates Defendants C.F.M.G. and H.I.G.'s response is currently due on December 22, 2021. The Court presumes this is an inadvertent typo caused from cutting and pasting the parties' prior stipulated request for an extension.