# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al., | Case No. 1: 21-cv-01134-ADA-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 70) |
| Defendants. | |

The motion to strike filed on December 22, 2021, and the three motions to dismiss filed on February 14, 2022, and March 14, 2022, have been referred for findings and recommendations, and are currently set for hearing on October 5, 2022, before Magistrate Judge Stanley A. Boone in Courtroom 9. (ECF Nos. 25, 48, 49, 56, 67, 69.) On September 19, 2022, the parties filed a stipulated motion to continue the hearing on the motion until November 2, 2022, or a later date. (ECF No. 70.) The Court finds good cause to grant the request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 70) is GRANTED; and
2. The hearing on Defendants' motion to strike and motions to dismiss is CONTINUED to November 2, 2022, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **September 20, 2022**

UNITED STATES MAGISTRATE JUDGE