# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al., | Case No.  1:21-cv-01134-ADA-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT |
| v. | |
| COUNTY OF FRESNO, et al., | ORDER CONTINUING SCHEDULING CONFERENCE |
| Defendants. | (ECF Nos. 81, 83) |

Plaintiffs initiated this action on July 26, 2021.  (ECF No. 1.)  On July 20, 2023, the district judge adopted findings and recommendations to partially grant Defendants' motion to dismiss.  (ECF No. 82.)  Plaintiffs were directed to file a second amended complaint by August 10, 2023.  (See id. at 8.)  An initial scheduling conference is currently set for October 5, 2023. (ECF No. 81.)

On August 4, 2023, the parties filed a stipulated request to extend the deadline for Plaintiffs to file the second amended complaint to September 7, 2023, and to permit Defendants to respond to the amended complaint within 30 days of its filing.  (ECF No. 83.)  The parties proffer counsel has been and will continue to be engaged in consecutive days of depositions from August 1 to 15, 2023; Plaintiffs' counsel therefore requests additional time to prepare an amended complaint consistent with the Court's order and to meet and confer with Defendants as to its claims.  The Court finds good cause exists to grant the extension.  The Court shall also continue the scheduling conference currently set for October 5, 2023.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1

1.  The deadline for Plaintiffs to file a second amended complaint is extended to **September 7, 2023;**

2.  Defendants' responsive pleading shall be due within thirty (30) days of the filing of the second amended complaint;

3.  The scheduling conference set for October 5, 2023, is CONTINUED to **November 7, 2023, at 10:00 a.m.** in **Courtroom 9**; and

4.  The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 7, 2023**

UNITED STATES MAGISTRATE JUDGE

2