# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01134-ADA-SAB<br><br>ORDER ENTERING STIPULATION CLARIFYING PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEEMING COMPLAINT AMENDED IN ACCORD WITH TERMS OF STIPULATION<br><br>(ECF Nos. 85, 86) |

    Following the adoption of findings and recommendations on Defendants' motion to dismiss, Plaintiff filed a second amended complaint on September 7, 2023. (ECF No. 85.) On September 26, 2023, the parties filed a stipulated request to clarify the second amended complaint. (ECF No. 86.)

    First, two Defendants have the last name "Sanchez." In paragraphs 31, 33, 40, and 42 of the second amended complaint, Plaintiffs refer to "Sanchez" or "Officer Sanchez" without specifying the first name of the referenced person. The Parties stipulate that: (a) in paragraphs 31 and 33, "Sanchez" and "Officer Sanchez" refer to Officer Jonathan Sanchez; and (b) in paragraphs 40 and 42, "Sanchez" and "Officer Sanchez" refer to Officer Anthony Sanchez.

    Second, the parties stipulate that Plaintiffs do not seek punitive or treble damages from Defendant County of Fresno. The Court finds good cause to enter the parties' stipulation.

/ / /

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the Plaintiffs' second amended complaint filed September 7, 2023, (ECF No. 85), is DEEMED AMENDED as follows:

1. In paragraphs 31 and 33, "Sanchez" and "Officer Sanchez" refer to Officer Jonathan Sanchez;

2. In paragraphs 40 and 42, "Sanchez" and "Officer Sanchez" refer to Officer Anthony Sanchez; and

3. Plaintiffs do not seek punitive or treble damages from Defendant County of Fresno.

IT IS SO ORDERED.

Dated: **September 26, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2