# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, et al., | Case No. 1:21-cv-01134-NODJ-SAB |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE HIG CAPITAL LLC AS A PARTY IN THIS ACTION |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 102) |
| Defendants. | |

On December 8, 2023, Plaintiffs and Defendant HIG Capital, LLC,[1] filed a stipulated notice of dismissal of Defendant HIG Capital, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 102.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")).

However, the Court notes that Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have

---

[1] The Court notes that following adjudication of a motion to dismiss, Defendant HIG Capital, LLC, was not named in the operative complaint. (See ECF No. 97.)

1

appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation is not signed by all parties who have appeared in this action.

Nonetheless, Defendant HIG Capital, LLC, has not filed an answer or a motion for summary judgment. Under Rule 41(a)(1)(A)(i) a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant HIG Capital, LLC, as a defendant in this action.

IT IS SO ORDERED.

Dated:   **December 11, 2023**

UNITED STATES MAGISTRATE JUDGE