# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, *individually and as the Successor in Interest for Jah-Quavious Anderson, Deceased*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:21-cv-01134-KES-SAB<br><br>ORDER CONTINUING STATUS CONFERENCE TO FEBRUARY 6, 2025 |

This matter is set for a status conference on January 9, 2025, (ECF No. 115), which is now set as a National Day of Mourning to honor of the passing of President James E. Carter Jr. In light of the foregoing, the Court hereby CONTINUES the status conference to February 6, 2025, at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. The Non-Bankruptcy Parties shall file a joint status report one week before the status conference. The stay of discovery remains in place. (ECF No. 115.)

IT IS SO ORDERED.

Dated: **January 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge