# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, *Individually and as the Successor in Interest for Jah-Quavious Anderson, Deceased*, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>COUNTY OF FRESNO, et al.,<br><br>              Defendants. | Case No. 1:21-cv-01134-KES-SAB<br><br>ORDER CONTINUING FEBRUARY 6, 2025 STATUS CONFERENCE<br><br>(ECF No. 116) |

This matter is currently scheduled for a status conference on February 6, 2025, regarding how the parties wish this case to proceed in light of an underlying bankruptcy proceeding involving Defendant California Forensic Medical Group, also known as Wellpath, LLC ("Wellpath"). (ECF Nos. 112, 115, 116.) On January 30, 2025, the parties filed a joint status report and included a January 14, 2025 amended order from the bankruptcy proceeding that has extended the automatic bankruptcy stay on an interim basis up until at least February 18, 2025, when the scope and extent of Defendant Wellpath's indemnification obligations should be determined.

/ / /

/ / /

/ / /

/ / /

1    In light of the foregoing, and due to the Court being in trial on the status conference date,

2  the Court CONTINUES the status conference to February 19, 2025, at 11:00 a.m.  The parties

3  should be prepared to speak on whether the scope or extent of Wellpath's indemnification should

4  affect how this matter will proceed.

5

6  IT IS SO ORDERED.

7  Dated:   **February 3, 2025**                    _____

8                                                    STANLEY A. BOONE
                                                     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28