**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORIS ANDERSON, individually and as the Successor in Interest for Jah-Quavious Anderson, Deceased, et al., | No. 1:21-CV-1134-KES-SAB |
| Plaintiffs, | ORDER |
| v. | |
| MARGARET MIMS, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The matter is set for an in-person settlement conference on July 1, 2025, at 9:30 a.m., before the undersigned in Sacramento, California. The Court will provide location information separately. All parties – including Defendant California Forensic Medical Group – are ordered to attend accompanied by personnel with authority to settle the matter in its entirety. See Local Rule 270(f)(1). Public entity defendants requiring governing board or insurer authorization for settlement are to secure, in advance of the conference, sufficient authority from such boards or entities to allow for good faith participation in this conference. Failure to do so, or to otherwise fail to participate in good faith, may subject the party and or counsel to sanctions.

On or before June 24, 2025, the parties are directed to each submit a confidential

///

1

settlement conference statement <u>directly to chambers</u> if they have not already done so.  These statements <u>shall not be filed</u>.

**IT IS SO ORDERED.**

Dated:  June 12, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2