IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ANDERSON, individually and as the Successor in Interest for Jah-Quavious Anderson, Deceased, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET MIMS, et al., <br><br> Defendants. | No. 1:21-CV-1134-KES-SAB <br><br> ORDER TO SHOW CAUSE |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. On June 12, 2025, the Court issued an order directing all parties, including California Forensic Medical Group, to attend a settlement conference before the undersigned in Sacramento, California, on July 1, 2025. See ECF No. 123. California Forensic Medical Group failed to appear at the scheduled conference. California Forensic Medical Group is directed to appear in person, through counsel, before the undersigned in Redding, California, on July 14, 2025, at 10:00 a.m., to show cause why appropriate sanctions should not be imposed for failure to comply with the Court's June 12, 2025, order. Prior to the order to show cause hearing, counsel for California Forensic Medical Group shall meet and confer with opposing counsel regarding a date for a continued settlement conference. A final date will be decided at the July 14, 2025, hearing.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. This matter is set for an order to show cause hearing before the undersigned in Redding, California, on July 14, 2025, at 10:00 a.m.

2. California Forensic Medical Group shall appear in person through counsel.

3. Counsel for all other parties may, but are not required, to appear and may do so remotely via Zoom.

4. On or before July 10, 2025, counsel for California Forensic Medical Group shall meet and confer with opposing counsel regarding a date for a continued settlement conference and shall be prepared to provide an agreed date to the Court at the July 14, 2025, hearing.

Dated: July 2, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE