# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DORIS ANDERSON, *Individually and as the Successor in Interest for Jah-Quavious Anderson, Deceased*, et al.,

Plaintiffs,

v.

COUNTY OF FRESNO, et al.,

Defendants.

Case No. 1:21-cv-01134-KES-SAB

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 140)

On March 25, 2026, the parties filed a stipulation dismissing this entire action with prejudice. (ECF No. 140.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: __**March 26, 2026**__

STANLEY A. BOONE
United States Magistrate Judge